assessments for taxation of capital employed in business in this state by the relator for the year 1905.

*John J. Delany, Corporation Counsel (Curtis A. Peters* of counsel), for appellants.

*David Rumsey* for respondent.

*John R. Halsey* and *John O. Heald* for relators in similar cases pending.

Order affirmed with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Absent: CHASE, J.

---

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Wharfage Rights Appurtenant to Pier, Old No. 15, East River.

AUGUST N. MORRIS, as Trustee of ELEANOR C. MORRIS, et al., Respondents.

*Matter of City of New York (Old Pier No. 15, East River),* 113 App. Div. —, affirmed.

(Argued June 5, 1906; decided June 19, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1906, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *Charles D. Olendorf* of counsel), for appellant.

*Truman H. Baldwin* for respondents.

*Per Curiam.* While we do not assent to the doctrine that the right of the pier owners to an exclusive use of the pier as a shedded pier, and to be relieved of the burden of having vessels put in at the wharf was beyond legislative repeal or modification, still, as at the time this property was acquired

by the city no such repeal had been made, the value of the property was to be estimated under the existing conditions of the law.

While the report states that the award was made upon the theory of the right being in perpetuity, still the entire record discloses that it was made in accordance with the true rights of the parties.

The order should be affirmed, with costs.

CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ., concur; CHASE, J., absent.

Order affirmed.